UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:15 CR 230 JAR |
| **SAMUEL SPIRES**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

    COMES NOW Joseph M. Hogan, counsel for the defendant, Samuel Spires, and hereby requests that the sentencing hearing scheduled for November 29, 2016, be continued to January 16, 2017.  Defense Counsel was only recently appointed and requires additional time to adequately prepare for the defendant's sentencing hearing and or sentencing memorandum.

    Counsel has  informed  A.U.S.A. Thomas Rea,  that he would be requesting a continuance of the sentencing date and he consents to said request.


    WHEREFORE, Counsel requests this Honorable Court continue the defendant's sentencing hearing.


    Respectfully submitted,


    Signature/ Joseph M. Hogan
    Joseph M. Hogan, 47008MO
    Attorney for Defendant
    8008 Carondelet, Ste. 300
    Clayton, Missouri 63105
    (314) 863-9898 fax 863-5647

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was emailed/delivered to:

United States Attorney's Office
111 South 10th Street
St. Louis, Missouri 63102

This 18th day of October, 2016.

<u>Signature / Joseph M. Hogan</u>

2